PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Demetrice Roman Norris**

**Docket No. 0:00CR00064-004-DSD**

**Petition on Supervised Release**

COMES NOW **John G. Baskfield**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Demetrice Roman Norris** who was sentenced for Bank Fraud on April 24, 2001, by the Honorable David S. Doty, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Participate in drug/alcohol treatment program     Mandatory drug testing

Psychological/psychiatric counseling/treatment

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

On July 28, 2005, Mr. Norris pled guilty to Disorderly Conduct in Ramsey County District Court, case number T0-05-16671. He was sentenced to 30 days in jail with 28 days stayed and 1 year probation. According to records, on July 4, 2005, Mr. Norris and his brother were responding to a call from their sister who advised she was being assaulted by her boyfriend. While at the scene, the defendant became belligerent with police and refused to comply with an order to get down to the ground. He was subsequently tasered and taken into custody.

STANDARD CONDITION #5: The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.

Mr. Norris has not maintained gainful employment since the beginning of supervision.

SCANNED
AUG 0 5 2005
U.S. DISTRICT COURT MPLS

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall reside for a period of 30 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility.

The defendant shall perform 10 hours of community service per week until gainfully employed, as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 5th day of August, 2005, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

John G. Baskfield
U.S. Probation Officer

Executed on August 3, 2005
Place Minneapolis

c: United States Sentencing Commission