Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Demetrice Roman Norris

Docket No. 0:00CR00064-004 (DSD)

**HEARING WAIVER**

I, Demetrice Roman Norris, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall reside for a period of 30 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility.
>
> The defendant shall perform 10 hours of community service per week until gainfully employed, as approved by the probation officer.

Signed: Demetrice Norris

Demetrice Roman Norris
Supervised Releasee

Dated: 8/3/05

Witness:

John G. Baskfield
U.S. Probation Officer

SCANNED
AUG 0 5 2005
U.S. DISTRICT COURT MPLS