PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

RECEIVED
AUG 2 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**United States v. Demetrice Roman Norris**

**Docket No. 0:00CR00064-004(DSD)**

**Petition on Supervised Release**

COMES NOW **David N. Duncan**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Demetrice Roman Norris** who was sentenced for Bank Fraud on April 24, 2001, by the Honorable David S. Doty, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Drug/alcohol treatment
- Mandatory drug testing
- Mental health treatment

Modified as of May 28, 2004:

90 days home confinement with electronic monitoring

Modified as of August 5, 2005:

30 days at a community corrections center
10 hours community service per week until gainfully employed

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Standard Condition #5: The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.

Mr. Norris has not maintained gainful employment during his supervision. Mr. Norris has failed to maintain employment or perform community service as directed by the Court. On June 26, 2006, this officer met with Mr. Norris and reviewed his conditions and supervision requirements. Mr. Norris signed a memorandum which outlined the agreement that he would perform the community service on Thursday's and Friday's, 5 hours each day. The defendant has failed to comply with the directive of the Court.

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.

**[The rationale for a summons is contained in Section 5 of the violation report.]**

SCANNED
AUG 03 2006
U.S. DISTRICT COURT MPLS

– summons issued

ORDER OF THE COURT

Considered and ordered this 1st day of August, 2006, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

David N. Duncan
U.S. Probation Officer

Executed on July 31, 2006
Place St. Paul