AO 83 (Rev. 12/85) Summons In A Criminal Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

UNITED STATES OF AMERICA

**SUMMONS IN A CRIMINAL CASE**

v.

Case Number: CR 00-64 DSD

Demetrice Roman Norris

RECEIVED
AUG 04 2006
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

RECEIVED
US MARSHALS SERVICE
MPLS MN
2006 AUG -3 AM 9:4

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

Place: **Courtroom 8E**
**300 South Fourth Street**
**Minneapolis, MN 55415**

Before: **Honorable Magistrate Judge Janie S. Mayeron**

On: **8/17/06 at 1:30 p.m.**

To answer a(n) Order of the Court.

Brief description of offense:

Violation of Supervised Release

Jackie Ellingson, Deputy Clerk

Dated: August 2, 2006

SCANNED
AUG 07 2006
U.S. DISTRICT COURT MPLS

AO 83 (Rev. 12/85) Summons In A Criminal Case

# RETURN OF SERVICE

Service was made by me:[1] NANCY SCHMIDT Date: 8/3/06

Check one of the boxes below to indicate appropriate method of service

☒ Service personally upon the defendant at: USMS office – Mpls MN

☐ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: __________

☐ Returned unexecuted: __________

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 8/3/06
Date

AL GARBER
Name of United States Marshal

N Schmidt
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure