UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 00-64(DSD)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEMETRICE ROMAN NORRIS,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | REASSIGNMENT OF<br>CRIMINAL CASE |

The following criminal case has been reassigned as follows:

Criminal No.

00-64

Defendant Name

Demetrice Roman Norris

Remove AUSA

James E. Lackner

Paul A. Murphy

Dated: August 9, 2006

RACHEL K. PAULOSE
United States Attorney

s/James E. Lackner
BY: James E. Lackner
First Assistant U.S. Attorney