**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**FIRST APPEARANCE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: JANIE S. MAYERON |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 00-64 (DSD) |
| | ) | Date: 8/17/06 |
| DEMETRICE ROMAN NORRIS, | ) | Court Reporter: NA |
| | ) | Tape Number: MOM #1 560-938 |
| Defendant. | ) | Time Commenced: 1:51 p.m. |
| | ) | Time Concluded: 1:57 p.m. |
| | ) | Time in Court: 6 Minutes |

APPEARANCES:

Plaintiff: Chris Wilton, Assistant U.S. Attorney
Defendant: Virginia Villa, FDP

☐ Retained ☒ To Be Appointed

Interpreter / Language: NA

Date Charges Filed: 8/2/06 Offense: Violation of Supervised Release

☒ Waived Reading of Charges ☒ Advised of Rights

☐ Government moves for detention:
Motion is ☐ granted, temporary detention ordered
☐ denied
☐ moot

☒ Defendant released on current supervisory conditions
☐ Defendant released on current supervisory conditions, plus additional new conditions--see Order Setting Conditions of Release.

Next appearance date is 9/14/06at 9:30 a.m. before U.S. District Judge David Doty in Mpls. Courtroom 14W for:

☐ Detention Hearing ☐ Preliminary Revocation Hearing

☒ Final Revocation Hearing with DSD on 9/14/06 at 9:30 a.m.

Additional Information:

s/SK
Judicial Assistant