IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Demetrice Roman Norris,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: David S. Doty
U.S. District Judge

Case No: 00-64(4)(DSD/JMM)
Date: September 14, 2006
Court Reporter: Lorilee Fink
Time Commenced: 9:30 a.m.
Time Concluded: 9:45 a.m.
Time in Court: 15 Minutes

## APPEARANCES:

Plaintiff: Tracy Braun, Assistant U.S. Attorney
Defendant: Scott F. Tilsen : FPD
Probation Officer: David Duncan

## PROCEEDINGS:

: **Revocation of Supervised Release - continued to 9/21 at 2:30 p.m.**

s/Connie L. Baker
Calendar Clerk