**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA, )
Plaintiff, )
v. )
)
Demetrice Roman Norris, )
Defendant. )

## COURT MINUTES - CRIMINAL

BEFORE: David S. Doty
U.S. District Judge

| | |
|---|---|
| Case No: | 00-64(4)(DSD/JMM) |
| Date: | September 21, 2006 |
| Court Reporter: | Lorilee Fink |
| Time Commenced: | 2:30 p.m. |
| Time Concluded: | 2:50 p.m. |
| Time in Court: | 20 Minutes |

## APPEARANCES:

Plaintiff: Tracy Braun, Assistant U.S. Attorney
Defendant: Scott F. Tilsen : FPD

## PROCEEDINGS:

: **Revocation of Supervised Release - Final Hearing.**
: Defendant admits allegation.

## ORDERED:

: Defendant released on same terms and conditions of supervised release.
: Defendant is sentenced to: 30 days with no further supervised release.
: Written order to be issued.

s/Connie L. Baker
Calendar Clerk